■ In the Matter of CITY OF ROCHESTER, Appellant, v DOROTHY R. LIVADAS, as Administratrix of the Estate of DENNIS J. LIVADAS, Deceased, Respondent. In the Matter of CITY OF ROCHESTER, Appellant, v DOROTHY R. LIVADAS, Individually and as Administratrix of the Estate of DENNIS J. LIVADAS, Deceased, et al., Respondents. — Order and judgment unanimously affirmed, with costs. Memorandum: The court properly determined fair market value "based on the value of the property as it would have been at the time of the *de jure* taking, but for the debilitating threat of condemnation [citations omitted]" (*City of Buffalo v Clement Co.,* 28 NY2d 241, 258, on app after remand 41 AD2d 41, 45-46; see, also, *Niagara Frontier Bldg. Corp. v State of New York,* 33 AD2d 130, 133, affd 28 NY2d 755; *City of Buffalo v Irish Paper Co.,* 31 AD2d 470, affd 26 NY2d 869). The court's adjustments to comparable sales submitted

by the city's appraiser are amply supported by the evidence and adequately explained (see *Matter of City of New York* [*Reiss*], 55 NY2d 885, 886). (Appeal from order and judgment of Supreme Court, Monroe County, Boomer, J. — condemnation.) Present — Hancock, Jr., J. P., Callahan, Doerr, Denman and Moule, JJ.